John C. Ridge, Esq. (0086046)
**RIDGE LAW, LLC**
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
Tel.: 614-561-7541
Fax: 614-799-2506
E-mail: jridge@ridge-law.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 5:25-cv-01186-JRA-CEH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 75.188.160.236, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 75.188.160.236, are voluntarily dismissed with prejudice.

Dated: July 30, 2025                Respectfully submitted,

                                    By: /s/ *John C. Ridge*
                                    John C. Ridge, Esq. (0086046)
                                    **RIDGE LAW, LLC**
                                    *Trial Counsel for Plaintiff*

                                    By: /s/ *Jeremy J. Thompson*
                                    Jeremy J. Thompson, Esq. (NV12503)
                                    **The Law Office of Jeremy J. Thompson PLLC**
                                    5200 Willson Road, Suite 150
                                    Edina, MN 55424
                                    Tel.: (952) 952-1883

1

Fax: (952) 952-1884
E-mail: jeremy@jthompson.law
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2025, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record

and interested parties through this system

By: *<u>/s/ John C. Ridge</u>* __ ____